UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:11-CR-44-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO FILE UNDER SEAL |
| | ) | |
| MARK ANTOINE MILLS, | ) | |
| Defendant, | ) | |

THIS MATTER coming to be heard upon Motion of Defendant Mills, and this Court finding good cause for granting the relief requested;

THEREFORE, it is Ordered that the Sentencing Memorandum is to be filed under seal until such time as this Court orders it unsealed.

This the __6__ day of October, 2011.

_____
Honorable Terrence W. Boyle
United States District Judge